No. 07-15-00172-CV

| | | |
|---|---|---|
| Curtis Shabazz<br> Appellant | § | From the 47th District Court<br> of Potter County |
| | § | |
| v. | | May 21, 2015 |
| | § | |
| Barry L. Martin<br> Appellee | § | Opinion by Justice Campbell |

## J U D G M E N T

Pursuant to the opinion of the Court dated May 21, 2015, it is ordered, adjudged and decreed that this appeal be dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o